```
1                    UNITED STATES DISTRICT COURT

2                  FOR THE EASTERN DISTRICT OF CALIFORNIA

3
```

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation, | 1:10-cv-2326 OWW MJS |
| Plaintiff, | 1:10-CV-1055 OWW MJS |
| v. | ORDER TO SHOW CAUSE RE CONSOLIDATION |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |
| BEDROCK FINANCIAL, INC., a California Corporation, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| FIRST AMERICAN TITLE COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY, California Corporations, | |
| Third-Party Defendants | |

   The parties are ordered to show cause in writing on or before July 1, 2011 why these cases should not be consolidated. Any responses shall be filed by July 11, 2011. A hearing will be held on July 18, 2011 at 10:00 a.m. in Courtroom 3.

SO ORDERED
Dated: June 12, 2011

                                                /s/ Oliver W. Wanger
                                                 Oliver W. Wanger
                                      United States District Judge