Michael J. Lampe  #82199
Michael P. Smith  #206927
Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975
Facsimile (559) 738-5644

Attorneys for Plaintiff Bedrock Financial, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BEDROCK FINANCIAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA;<br><br>Defendant. | Case No. 1:10-cv-02326-OWW-MJS<br><br>**ORDER DENYING BEDROCK FINANCIAL'S MOTION TO STRIKE ANSWER AND COUNTERCLAIM OF UNITED STATES, AND DENYING THE UNITED STATES' MOTION TO STRIKE THE JURY DEMAND OF BEDROCK**<br><br>[F.R.C.P. 12(f)]<br><br>Date: June 13, 2011<br>Time: 10:00 a.m.<br>Ctrm: 3 |

**ORDER**

The Motion to Strike portions of the United States' answer and the counterclaim against Bedrock Financial, Inc., pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, made by Plaintiff and Counterclaim Defendant Bedrock Financial, Inc., was taken under submission by the

_____
ORDER

Court.  The Court, having considered the papers filed both in support and in opposition to the Motion, and good cause appearing therefor,

HEREBY ORDERS that:

Bedrock Financial, Inc.'s, Motion to Strike is denied without prejudice.  The United States' Motion to Strike the jury demand of Bedrock Financial, Inc. Is denied without prejudice.

IT IS SO ORDERED.


Dated: June 30, 2011                    /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

_____
ORDER